

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 21, 2015**

_____
**United States Bankruptcy Judge**

_____

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:                                                          Case No. 15-30160-SGJ-13
BEN CLARK JR
         Debtor

_____

### Order Dismissing Chapter 13 Case Without Prejudice Pursuant to MOTION TO DISMISS FOR ELIGIBILITY

_____

On May 14, 2015, came to be heard Motion to Dismiss for Eligibility proceeding. It appears to the Court that due notice has been given to Debtor and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate;

**IT IS THEREFORE ORDERED** that the above case be, and hereby is **DISMISSED, WITHOUT PREJUDICE;**

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (A) (2) or applicable General Orders, and file the Trustee's Final Report and Account; and

Order Dismissing Chapter 13 Case Pursuant to General Order 2014-03, Page 2
15-30160-SGJ-13
BEN CLARK JR

**IT IS FURTHER ORDERED**, that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

**IT IS FURTHER ORDERED** that the above styled and numbered case will be closed twenty one days after the entry of this order provided that is is a single debtor case or a joint debtor case and both debtors are dismissed.

### ### End of Order ###

Signed:    /s/ Thomas D. Powers
_____
            Thomas D. Powers, Trustee
            State Bar # 16218700

Office of the Standing Chapter 13 Trustee
125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)